46154.   FRYER v. THE STATE.

QUILLIAN, Judge. Appeal was taken from the verdict and judgment and there was no enumeration of error on the overruling of the motion for a new trial which contains the same

grounds as the enumeration of errors. Hence, under that which was held in *Tiller v. State,* 224 Ga. 645 (164 SE2d 137), the law of the case was established as to the grounds contained in the enumeration of errors and the judgment appealed from must be

*Affirmed. Jordan, P. J., and Evans, J., concur.*

SUBMITTED MAY 5, 1971—DECIDED JUNE 25, 1971—
REHEARING DENIED JULY 21, 1971.

*E. B. Shaw,* for appellant.

*Lewis R. Slaton, District Attorney, Tony H. Hight, Amber W. Anderson,* for appellee.